# NO PROBABLE CAUSE FINDING

DEFENDANT'S NAME: Mahmoud Abdelaziz

DATE OF BIRTH: 3-14-1993

ALLEGED CHARGE(S): Assault

ARRESTING AGENCY: FBCSO

ARRESTING OFFICER: Deputy Gustavo Ruiz - Almaraz

DATE OF ARREST: 10/02/2024

No Probable Cause was found by the Magistrate in respect to the alleged charge(s).

DATE: 10/03/2024

Maggie Pef Jonavills
MAGISTRATE

PLEASE RETURN THIS FORM TO THE D.A. INTAKE DIVISION IMMEDIATELY.

**THE STATE OF TEXAS** §
**COUNTY OF FORT BEND** §

Before me, the undersigned magistrate of the State of Texas on this day personally appeared
MAHMOUD ABDELAZIZ 03-14-1993 _____ in the custody of FBCSO / RUIZ-ALMARAZ _____, a peace
officer, and said person was given the following warning and admonitions by me:

(1) You are charged with the offense(s) of ASSAULT CAUSES BODILY INJ FAM VIOL   $N\!\!\!\!/\,$   $P/C$

An affidavit charging you with this offense has not been filed in this court.

(2) You have a right to hire an attorney and have him / her present prior to and during any interview and questioning by peace officers
or attorneys representing the State. If you are too poor to afford an attorney, you have the right to request the appointment of
an attorney to be present prior to and during any such interview and questioning. You    may have reasonable time and
opportunity to consult your    attorney if you desire.

(3) You have the right to remain silent.

(4) You are not required to make a statement, and any statement you make can be used against you in Court.

(5) You have the right to stop any interview or questioning at any time.

(6) You may have the right to an examining trial.

(7) The procedure for requesting a court appointed attorney is as follows:

   (a) You must complete a Pre-Trial Intervention Interview Report to determine if you qualify for a court appointed attorney;
   (b) The Pre-Trial officer will help you complete the report;
   (c) An Application for Counsel and Order must be completed and signed;
   (d) You must qualify financially to be eligible for a court appointed attorney;
   (e) If you meet the indigence standards, then you will qualify for a court appointed attorney;
   (f) If you qualify for and request a court appointed attorney you will be provided with the name and phone number of the
       attorney when the appointment is made; and
   (g) The court appointed attorney should contact you within 24 hours of the attorney's appointment.

THE ACCUSED DOES / DOES NOT WANT APPOINTED COUNSEL

Your Bail is set at $ __NO P/C__

[ ] Bail is denied

Fort Bend County Jail (Place of Warning)

1410 Richmond Parkway

Richmond, Texas 77469

Time: 11:20 an

Date: 10-03-2024 DEK

Person Warned

Maggie De Jonasill

Magistrate

WITNESS:

Name

Address

City

REMARKS:

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | **CASE No.** _____ | |
| | § | |
| **v.** | § | **FORT BEND COUNTY, TEXAS** |
| MAHMOUD ABDELAZIZ | § | |
| | § | |
| | § | |

**Jail ID#:** P00257915

## MAGISTRATE ORDER FOR MENTAL HEALTH OR INTELLECTUAL DISABILITY ASSESSMENT, TEX. CODE CRIM. PROC. ART. 16.22

On this the 4TH day of OCTOBER , 20 24 , the Magistrate has determined that there is reasonable cause to believe that the above named Defendant is a person with mental illness or intellectual disability.

The Defendant is charged with ASSAULT CAUSES BODILY INJ FAM VIOL (MA)

_____

_____

and, **(Choose one)**
    ☐ Incarcerated at the Fort Bend County Jail,
    ☑ Is released on bond, and may be contacted at N/A _____ (telephone #)
    15603 OLETA LN, SUGAR LAND,TX 77498 _____ (address)
    _____ (other).

It is therefore, **ORDERED** that a qualified mental health professional for Mental Health and/or IDD perform an evaluation pursuant to Tex. Code Crim. Proc. art. 16.22, to determine whether the Defendant has a mental illness as defined by Tex. Health & Safety Code, §571.003, or is a person with an intellectual disability as defined by Tex. Health & Safety Code §591.003.

It is further ordered that a written assessment of the Defendant be submitted pursuant to Tex. Code Crim. Proc. art. 16.22; said assessment to be submitted to the court of record, the Fort Bend County Community Supervision and Corrections Department (CSCD) Mental Health Division, the defense counsel, and the attorney representing the state in this case, not later than 96 hours after the time an order was issued for a Defendant held in custody or not later than the 30th day after the date an order was issued for a Defendant released on bond. The written assessment must include a description of the procedures used in the collection of information and the applicable expert's observations and findings pertaining to:
    1)    whether the Defendant is a person with mental illness;
    2)    whether the Defendant is a person with an intellectual disability;
    3)    whether there is clinical evidence to support a belief that the Defendant may be incompetent to stand trial and should undergo a competency evaluation under Subchapter B, Chapter 46B, Texas Code of Criminal Procedure; and
    4)    any appropriate or recommended treatment or service.

Signed on this the 4TH day of OCTOBER , 20 24 .

_____
Fort Bend County Magistrate Judge

# COLLECTION OF INFORMATION FORM FOR
# MENTAL ILLNESS AND INTELLECTUAL DISABILITY

*AUTHORITY: Art. 16.22, Code of Criminal Procedure & Sec. 614.0032, Health &Safety Code*
**Approved by the Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

## SECTION I: DEFENDANT INFORMATION

Defendant Name *(Last, First)*: ___ABDELAZIZ,MAHMOUD___ Offense: ASSAULT CAUSES BODILY INJ FAM VIOL

Date of Birth: _03/14/1993_ CARE Identification # *(If available)*: _____ SID or CID # *(If available)*: TX 21287422

Last Four Digits of Social Security Number: Unknown

Current County or Municipality of Incarceration: ___Fort Bend County___ Date of Magistrate Order: _10/4/24_

## SECTION II: PREVIOUS HISTORY

Has the defendant been determined to have a mental illness or to be a person with an intellectual disability within the last year?

☑ *Yes*                    ☐ *No*                    ☐ *Unknown*

**Date of Previous Assessment *(if applicable)*:** _____

**Previous Mental Health and/or Intellectual Disability Assessment Information *(if available)*:**
No CCQ Match

## SECTION III:  CURRENT INFORMATION

Most Recent Diagnosis(es) and Date(s) *(if available)*:

Inmate reported a community diagnosis of depression.

At time of the collection of information or as indicated on the jail screening form for suicide and medical/mental/developmental impairments, is the defendant acutely decompensated, suicidal, or homicidal according to self-report?

☐ *Yes-*                    ☑ *No*                    ☐ *Not Applicable- Reason_____*

Other relevant information pertaining to mental health and intellectual disability history and/or previous treatment recommendations:

**Observations and Findings Based on Information Collected:**

☑ Defendant is a person who has a mental illness.

☐ Defendant is a person who has an intellectual disability.

☐ There is clinical evidence to support the belief that the defendant may be incompetent to stand trial and should undergo a complete competency examination under Subchapter B, Chapter 46B, Code of Criminal Procedure.

☐ Any appropriate or recommended treatment or service:

_____

☐ None of the above.

**Procedures Used to Gather Information:**
Clinical Interview

## SECTION IV: INFORMATION OF PROFESSIONAL SUBMITTING FORM

Name and Credentials of Person Submitting Form: Brittany Hansen, LMSW          Date of Submission: 10/03/2024

*Upon completion of this form, its contents remain confidential as applicable to Health and Safety Code Chapter 614.017*
*Approved February 2018*



# FORT BEND COUNTY CLERK

## LAURA RICHARD
## COUNTY CLERK
301 Jackson Street, Richmond TX 77469-3108
(281) 341-8685
www.fortbendcountytx.gov
### MISDEMEANOR CERTIFICATE OF FACT

TO WHOM IT MAY CONCERN:

     I, Laura Richard, Clerk of the County Court in and for Fort Bend County, Texas, do hereby certify that a review of the misdemeanor indexes of this office from ___January 01, 1983___ through ___NOVEMBER 27, 2024___ was conducted and find the following for ___MAHMOUD ABDELAZIZ ABDESATTAR___.

Date of Birth: ___MARCH 14, 1993___

(X)  No Misdemeanor Cases Found.

| DATE FILED | CAUSE NUMBER | OFFENSE | DISPOSITION |
|---|---|---|---|
| ( ) _____ | _____ | _____ | ( ) Pending<br>( ) Dismissed<br>( ) Convicted<br>( ) Def. Adj. |
| ( ) _____ | _____ | _____ | ( ) Pending<br>( ) Dismissed<br>( ) Convicted<br>( ) Def. Adj. |
| ( ) _____ | _____ | _____ | ( ) Pending<br>( ) Dismissed<br>( ) Convicted<br>( ) Def. Adj. |
| ( ) _____ | _____ | _____ | ( ) Pending<br>( ) Dismissed<br>( ) Convicted<br>( ) Def. Adj. |

**IT IS EXPRESSLY UNDERSTOOD THAT THE UNDERSIGNED DOES NOT GUARANTEE THE CORRECTNESS OF SAME NOR SHALL SHE/HE BE IN ANY WAY LIABLE FOR CASES LISTED OR OMITTED IN ERROR.**

**GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT**, at office in Richmond, Texas, this the ___2ND___ day of ___DECEMBER___, ___2024___ at ___3:40___ o'clock _PM_

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

By _____
    ROBYN BENOIT, Deputy

MISDEAMNOR CERTF OF FACT\MISDEMEANOR\SEARCH.DOC



Fort Bend County Sheriff's Office
CERTIFIED COPY
The forgoing is a certified copy
Of the original document.
By: _____
Date: 12/31/2024

# FORT BEND COUNTY SHERIFF



## 24-40590

Supplement No
**ORIG**

Reported Date
**10/02/2024**

Rpt/Incident Typ
**869**

Member#
**RUIZ-ALMARAZ,GUSTAVO A**

14__ __IAMS WAY BLVD

Phone
**281-342-6116**

Fax

## Administrative Information

| Agency | | | | Report No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|---|---|
| **FORT BEND COUNTY SHERIFF** | | | | **24-40590** | | **ORIG** | **10/02/2024** | | **23:11** | **242761450** |

| Status | Rpt/Incident Typ | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Arrest** | **Assault/Family Violence** | | | | | | | | | |

| Location | | | | | | | | | City | |
|---|---|---|---|---|---|---|---|---|---|---|
| **15603 OLETA LN** | | | | | | | | | **SUGAR LAND** | |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| **77498** | **567C** | **4** | **4** | **10/02/2024** | **22:45** | **10/02/2024** | **23:11** | **23P32** |

| Member# | | Assignment | |
|---|---|---|---|
| **GAA001/RUIZ-ALMARAZ,GUSTAVO A** | | **PATROL DEPUTY EVENING SHIFT** | |

| Entered By | Assignment | RMS Transfer | Prop Trans Stat | Property? |
|---|---|---|---|---|
| **GAA001** | **PATROL DEPUTY EVENING SHIFT** | **Successful** | **Successful** | **None** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **BJG002** | **10/05/2024** | **13:59:17** |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| **1** | **ASLT** | **ASSAULT** | |

| NIBRS | | | | | | Seq # | IBRS |
|---|---|---|---|---|---|---|---|
| **1 13BCN** | **88** | **20** | **N** | **40** | | **1** | **13B** |

| Attempted/Completed | Used | Bias | Location Type | # Premises | Method of Entry | Criminal Activity | Weapon/Force |
|---|---|---|---|---|---|---|---|
| **C** | **N** | **88** | **20** | | | **N** | **40** |

| Cargo Theft? |
|---|
| |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **ARR** | **1** | **I** | **MAHMOUD,ABDELAZIZ** | **1809537** |
| Race | Sex | DOB | | |
| **A** | **M** | | | |
| **OTH** | **1** | **I** | **AWAD,MARY** | **1711449** |
| Race | Sex | DOB | | |
| **W** | **F** | | | |
| **VIC** | **1** | **I** | **AWAD,ABDALRAZEQ** | **1711447** |
| Race | Sex | DOB | | |
| **W** | **M** | **1** | | |
| **WIT** | **1** | **I** | **MUSTAFA,MOHAMMAD** | **1809536** |
| Race | Sex | DOB | | |
| **A** | **M** | | | |

## Summary Narrative

Victim stated the suspect attacked him causing bodily injury and pain.

| Report Officer | Printed At |
|---|---|
| **GAA001/RUIZ-ALMARAZ,GUSTAVO A** | **12/18/2024 13:08** |

| Page 1 of 5 |
|---|

# FORT BEND COUNTY SHERIFF


Fort Bend County Sheriff's Office
CERTIFIED COPY
The forgoing is a certified copy
of the original document.
BY: _____
Date: 12/31/2024

## Arrested person 1: MAHMOUD, ABDELAZIZ

| Involvement | Invl No | Type | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Arrested person | 1 | Individual | | | | | | | | |

| Name | | | | | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|---|
| MAHMOUD, ABDELAZIZ | | | | | | | | 1809537 | Asian | Male |

| DOB | Age | Ethnicity | | Juvenile? | Height | Weight | Hair Color | Eye Color | OFN_INVL |
|---|---|---|---|---|---|---|---|---|---|
| | 31 | Not of Hispanic origin | | No | 6'01" | 200# | Black | Brown | 1 |

| PRN | NIBRS | | | | |
|---|---|---|---|---|---|
| 1324380 | 31 | R | | N | |

| Vic/Ofnd Age | Residence | Sexual Assault? |
|---|---|---|
| 31 | Resident | No |

| Type | Address |
|---|---|
| Home | 15603 OLETA LN |

| City | State | ZIP Code | Date |
|---|---|---|---|
| SUGAR LAND | TEXAS | 77498 | 10/02/2024 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date | Book Time |
|---|---|---|---|---|---|---|
| Arrested | Arrested | 10/02/2024 | 23:56:00 | 24-8193 | 10/03/2024 | 00:40:00 |

| Status | Dispo |
|---|---|
| NORMAL BOOKING | MISDEMEANOR-17 YOA and older |

| Arrest Location | City |
|---|---|
| 15603 OLETA LN | SUGAR LAND |

| Rep Dist | Transport Unit ID | Transport By | Beat |
|---|---|---|---|
| 567C | 23P32 | RUIZ-ALMARAZ, GUSTAVO A | 4 |

| Physical Condition |
|---|
| NORMAL AND HEALTHY |

| NIBRS |
|---|
| N01 |

| Multi-Arrests | Armed With |
|---|---|
| Not applicable | Unarmed |

| Charge | Level | Charge Literal |
|---|---|---|
| 13990031 | MA | ASSAULT CAUSES BODIL |

## Other 1: AWAD, MARY

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Other | 1 | Individual | AWAD, MARY |

| MNI | Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height |
|---|---|---|---|---|---|---|---|
| 1711449 | White | Female | | 67 | Not of Hispanic origin | No | 5'02" |

| Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|
| 210# | Black | Brown | 1324381 |

| NIBRS | | | Residence |
|---|---|---|---|
| R | | N | Resident |

| Sexual Assault? |
|---|
| No |

| Type | Address |
|---|---|
| Home | 15603 OLETA LN |

| City | State | ZIP Code | Date |
|---|---|---|---|
| SUGAR LAND | TEXAS | 77498 | 10/02/2024 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | | |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | | 10/02/2024 |

## Victim (Person) 1: AWAD, ABDALRAZEQ

| Involvement | Invl No | Type | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Victim (Person) | 1 | Individual | | | | | | | | |

| Name | | | | | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|---|
| AWAD, ABDALRAZEQ | | | | | | | | 1711447 | White | Male |

| DOB | Age | Ethnicity | | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|
| | 44 | Not of Hispanic origin | | No | 5'08" | 180# | Black | Brown | 1324382 |

| NIBRS | | | | | Vic/Ofnd Age |
|---|---|---|---|---|---|
| 44 | R | | S | SN N | 44 |

| Residence | Means of Attack |
|---|---|
| Resident | Simple ASLT (Hands, Fists, Feet) |

| Extent of Injury | Domestic Violence? | Sexual Assault? |
|---|---|---|
| SLIGHT (MINOR CUTS, SCRAPES, ETC.) | No | No |

| Report Officer | Printed At |
|---|---|
| GAA001/RUIZ-ALMARAZ, GUSTAVO A | 12/18/2024 13:08 |

# FORT BEND COUNTY SHERIFF



Fort Bend County Sheriff's Office
**CERTIFIED COPY**
The forgoing is a certified copy
of the original document.
By: _____
Date: 12/31/2024

| Type | Address |
|---|---|
| Home | 15603 OLETA LN |

| City | State | ZIP Code | Date |
|---|---|---|---|
| SUGAR LAND | TEXAS | 77498 | 10/02/2024 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | ▮▮▮ | |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | ▮▮▮ | 10/02/2024 |

## IBRS Info

| Victim Invl No | NIBRS | | |
|---|---|---|---|
| 1 | 13B | | M |

| Related Offenses | Type of Injury |
|---|---|
| 13B | Apparent minor injury |

| Rel | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| AQ | ARR | 1 | MAHMOUD,ABDELAZIZ | A | M |

| DOB |
|---|
| |

## Witness 1: MUSTAFA,MOHAMMAD

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Witness | 1 | Individual | MUSTAFA,MOHAMMAD |

| MNI | Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| 1809536 | Asian | Male | | 21 | Not of Hispanic origin | No | 6'00" | 175# |

| Hair Color | Eye Color | PRN |
|---|---|---|
| Brown | Green | 1324383 |

| NIBRS | | Residence |
|---|---|---|
| R | N | Resident |

| Sexual Assault? |
|---|
| No |

| Type | Address |
|---|---|
| Home | 15603 OLETA LN |

| City | State | ZIP Code | Date |
|---|---|---|---|
| SUGAR LAND | TEXAS | 77498 | 10/02/2024 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | ▮▮▮ | |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | ▮▮▮ | 10/02/2024 |

## Modus Operandi

| Gang Act? | Physical Evidence | Weapon Used | Premise Type | Arson Inhabited? |
|---|---|---|---|---|
| No | VIDEO TAPE/Photos | HANDS, FEET,FISTS, BITE | RESIDENTIAL-HOUSE | No |

| Victim's Race | Victim's Sex | Victim's Age | Victim's Action |
|---|---|---|---|
| Asian | Male | Adult | At home/In residence |

| Suspect Action | Crime Code(s) |
|---|---|
| Forced victim to move/Injury inflicted | ASSAULTS |

## Narrative

On Wednesday, October 02, 2024, at approximately 2313 hours, I, Deputy G. Ruiz #4165 was dispatched to 15603 Oleta Ln, Sugar Land, Fort Bend County, Texas, in reference to an Assault Family Violence.

Upon Arrival, I made contact with Abdalrazeq Awad (DOB: ▮▮▮▮) who stated Mahmoud Abdelaziz (DOB: ▮▮▮▮) attacked him causing bodily injury and pain.

Prosecution not desired.

As I arrived on scene, I observed Mahmoud Abdelaziz sitting on the street requesting to be checked by Medical because he had been attacked. I then escorted Mahmoud Abdelaziz to the backseat of my marked patrol unit and requested ▮▮▮ to make scene.

Once EMS made scene, I provided access to ▮▮▮ staff so they can check on Mahmoud Abdelaziz. After Mahmoud Abdelaziz was cleared by ▮▮▮ I began interviewing him.

While speaking to Mahmoud Abdelaziz, he stated that he had a contract made by an organization to live at the residence. However, Mahmoud Abdelaziz stated that there was a verbal altercation between Abdalrazeq Awad

| Report Officer | Printed At |
|---|---|
| GAA001/RUIZ-ALMARAZ,GUSTAVO A | 12/18/2024 13:08 |

Page 3 of 5

Fort Bend County Sheriff's Office
**CERTIFIED COPY**
The forgoing is a certified copy
Of the original document.
By: _[signature]_
Date: 12/31/2024

# FORT BEND COUNTY SHERIFF

## Narrative

and him because Abdalrazeq Awad was demanding him to exit the residence but Mahmoud Abdelaziz refused to do so. Mahmoud Abdelaziz then stated that Abdalrazeq Awad offered him a job and to work with him but Mahmoud Abdelaziz again refused to do so.

Mahmoud Abdelaziz stated Abdalrazeq Awad then began grabbing Mahmoud Abdelaziz's belongings and soon turned into a physical altercation. Mahmoud Abdelaziz stated he then decided to run away and wait for Police to arrive.

I then made contact with Abdalrazeq Awad who stated that he met Mahmoud Abdelaziz on a Post Abdalrazeq Awad created at Facebook Market place to offer an available room for rent approximately 4 days ago. Abdalrazeq Awad stated Mahmoud Abdelaziz and he both agreed that Mahmoud Abdelaziz was going to rent the room.

Abdalrazeq Awad stated that today (10/03/2024), Mahmoud Abdelaziz and he engaged in a verbal altercation in Mahmoud Abdelaziz's room so Abdalrazeq Awad requested him to leave but he refused to do so. Abdalrazeq Awad stated that Mahmoud Abdelaziz was not under contract.

Abdalrazeq Awad stated that he then moved a chair and then began grabbing Mahmoud Abdelaziz's belongings with the intent to gather them together so Mahmoud Abdelaziz can prepare to leave. Abdalrazeq Awad stated Mahmoud Abdelaziz then began pushing him and grabbing him by the chest area and eventually landed on a bed that I observed to be low to the floor. Abdalrazeq Awad stated Mahmoud Abdelaziz was on top of him so he then attempted to push him away.

I then made contact with Mohammad Mustafa (DOB: [redacted]) who stated he was in the room when the altercation happened. Mohammad Mustafa stated that he observed both Abdalrazeq Awad and Mahmoud Abdelaziz verbally arguing with each other and eventually the verbal altercation got physical. Mohammad Mustafa stated that Mahmoud Abdelaziz was on top of Abdalrazeq Awad and that Abdalrazeq Awad was attempting to defend himself.

I then made contact with Mary Awad (DOB: [redacted]) who stated she observed both Abdalrazeq Awad and Mahmoud Abdelaziz in a physical altercation. Mary Awad stated Mahmoud Abdelaziz then ran towards the kitchen/living room area, grabbed a black chair and attempted to walk towards Abdalrazeq Awad with the intent to hit him but Mary Awad stopped him from doing so. Mary Awad stated Mahmoud Abdelaziz then ran towards the front door and exited the residence.

I observed scratch like red marking on Abdalrazeq Awad's chest area.

I observed Mahmoud Abdelaziz's torn shirt and redness on the back of his head.

Due to the totality of the circumstances and in order to prevent further violence from occurring, Mahmoud Abdelaziz was placed into custody and charged with ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA).

Mahmoud Abdelaziz was later transported to the Fort Bend County Jail and booked without incident.

I took pictures of both parties.

**Scene Summary:**

15603 OLETA LN is a single story house located in the M M Battle Subdivision.

**Crime Scene Search:**

Axon in car camera video and audio was obtained and later uploaded into E-files.

Body Worn Camera video and audio was obtained and later downloaded to the evidence.com server.

Digital photographs were obtained and later uploaded into E-files.

BWC: Yes

| Report Officer | Printed At |
|---|---|
| GAA001/RUIZ-ALMARAZ,GUSTAVO A | 12/18/2024 13:08 |

# FORT BEND COUNTY SHERIFF



Fort Bend County Sheriff's Office
CERTIFIED COPY
The forgoing is a certified copy
Of the original document.
By: Debria Zúñiga
Date: 12/31/2024

## Narrative

Audio: No

Video: No

Photo: Yes

**Attachments:**

None.

# FORT BEND COUNTY SHERIFF

## 24-40590

Reported Date
**10/15/2024**
Rpt/Incident Typ
**869**
Member#
**FLORY,LINDA LYNETTE**

1410 WILLIAMS WAY BLVD

Supplement No
**0001**

Phone
**281-342-6116**
Fax


Fort Bend County Sheriff's Office
CERTIFIED COPY
The forgoing is a certified copy
Of the original document.
By:
Date: 12/31/2024

## Administrative Information

| Agency | | | | Report No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|---|---|
| FORT BEND COUNTY SHERIFF | | | | 24-40590 | | 0001 | 10/15/2024 | | 16:36 | 242761450 |

| Status | Rpt/Incident Typ | | | | | | | | | City |
|---|---|---|---|---|---|---|---|---|---|---|
| Arrest | Assault/Family Violence | | | | | | | | | |

| Location | | | | | | | | | | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 15603 OLETA LN | | | | | | | | | | SUGAR LAND |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| 77498 | 567C | 4 | 4 | 10/02/2024 | 22:45 | 10/02/2024 | 23:11 | 23P32 |

| Member# |
|---|
| LLF003/FLORY,LINDA LYNETTE |

| Assignment | Entered By |
|---|---|
| ID/RECORDS/ALARM DETAIL CLERK DAY SHIFT | LLF003 |

| Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|
| ID/RECORDS/ALARM DETAIL CLERK DAY SHIFT | Successful | Successful |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| DXE004 | 12/17/2024 | 19:43:00 |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

Supplement Generated for Attachment Purposes

Case Presentation

LNordt
Records

| Report Officer | Printed At |
|---|---|
| LLF003/FLORY,LINDA LYNETTE | 12/18/2024 13:08 |

Page 1 of 1

"When I returned to retrieve my belongings at 1 AM, accompanied by the officer, it was discovered that most of my belongings had been destroyed, including the computer, and I couldn't find my money.

The officer was a witness to these damages, as well as to the lease agreement, and confirmed my right to stay in the house. However, due to my extreme fear of the person who had assaulted me, I decided not to stay in the house and left. The officer gave me this card and noted the date of the incident."



## SHAWN BRIERE

Patrol Deputy

Fort Bend County Sheriff's Office

ERIC FAGAN, SHERIFF
1840 Richmond Parkway
Richmond, TX 77469

E-mail: Shawn.Briere@fortbendcountytx.gov

Patrol Follow-Up: (281) 341-8700
Investigations Follow-Up: (281) 341-4686
Non-Emergency 24 Hrs: (281) 341-4665

Case #


# FORT BEND COUNTY SHERIFF'S OFFICE
## CITIZEN COMPLAINT FORM


<u>**NOTICE TO COMPLAINANT**</u>
**This is a Governmental Record**
**Pursuant to Section 37.10 of the Texas Penal Code**
**It is unlawful to make a false entry on a governmental record.**

Mahmoud Abdelazi

Complainant's Printed Name

_____     January 3, 2025

Complainant's Signature                       Date

Jacquline Dorsey                                       15

Person Receiving Complaint Printed Name*        # of pages**

_____     1-3-25

Signature of Person Receiving Complaint       Date

*This is the FBCSO employee who initially receives written and signed complaint from complainant*
**Enter total # of pages submitted for this complaint*

Complaint forms may be returned in person or by the following:

*Mail to*

*Fort Bend County Sheriff's Office*
*1840 Richmond Parkway*
*Richmond, TX. 77469*
*Attn: Internal Affairs*

*Fax to 832-471-2488*

*Email to* internalaffairsfbcso@fortbendcountytx.gov

*Revised July 2020*

**To: Sugar Land, Police Department**
**Date : January 2,2025**

Dear Officer

that to clarify the events that occurred on 10/02/2024, in comparison with the officer's report (Report # 24-40590) and the actual events. I request a comprehensive investigation based on the evidence I present.

I am writing to file a formal complaint against Officer Gustavo A. Ruiz-Almaraz (Member ID: GAA001), Patrol Deputy on the Evening Shift, for his unjustified and inappropriate actions during my arrest on October 3, 2024. and to clarify the events that occurred on 10/02/2024, in comparison with the officer's report (Report # 24-40590) and the actual events.

## Incident Description:

At approximately 10:45 PM on October 3, 2024, I called the police to request help and medical assistance after losing consciousness due to an assault by Abdul Razak and his wife, Mary. I was unable to stand and was lying on the floor until the police and ambulance arrived to evaluate my condition.

Upon arrival, Officer Ruiz-Almaraz immediately treated me as a suspect without verifying the details of the incident. Abdul Razak falsely accused me of assaulting him and claimed I was residing in his house without a valid contract. Despite my visible injuries, including being struck on the head and having torn clothing, the officer detained me in his patrol car during the investigation and arrested me later.

Witness Mohamed Mustafa confirmed that Mary struck me on the back of the head with a vase before Abdul Razak assaulted me. However, Officer Ruiz-Almaraz ignored this critical testimony and failed to document it in his report. Additionally, he did not record my official accusation against Mary for assaulting me, despite my clear and formal statement.

Instead, Officer Ruiz-Almaraz chose to arrest me without probable cause, displaying clear bias in favor of Abdul Razak and Mary. During the arrest, he used excessive force by tightly handcuffing me, causing severe pain and cutting off circulation to my hands, despite my compliance. My repeated requests for relief were ignored, as documented on the police vehicle's dashcam.

The officer was unnaturally biased against me, and there was no physical evidence or damage that would lead to my arrest. On the contrary, I was in a bad condition, my clothes were torn and my head was beaten, and the officer arrested me alone.

## Damages:

1. Extreme fear and despair of being attacked and being unjustly arrested and not being heard. I was placed under psychiatric observation due to concerns about self-harm and fear of further harm in prison, which required treatment from the prison psychiatric department, where I was classified as suffering from severe depression.
2. Damage to my academic and professional reputation as I was dismissed from my job due to this arrest.

## Court Ruling:

On October 10, 2024, the court ruled that there was no probable cause for my arrest and affirmed my right to return home. No charges or misdemeanors were filed. I have since requested the expungement of the arrest record, which is pending approval.

**Requests:**

1. Conduct a comprehensive investigation into Officer Ruiz-Almaraz's actions, including a review of the dashcam footage from the arrest.
2. Hold the officer accountable for using excessive force, ignoring critical evidence, and displaying clear bias.
2. Reassess the officer's report to address inaccuracies and omissions regarding witness statements and my formal accusations against Mary.
3. Provide compensation for the physical, psychological, and professional harm caused by this unlawful arrest.
4. Issue a formal apology from the Sugar Land Police Department.

I testify that all I said above is true all relevant documents and evidence supporting my complaint are available and ready for submission.

Additionally, I am to take an oath affirming the truthfulness of my statements or provide a written and signed declaration to that effect, should it be required by your department.

I trust that this complaint will be taken seriously and that the necessary measures will be implemented to uphold justice and accountability. Please confirm receipt of this complaint and advise on the next steps.

Thank you for your attention to this matter.

Sincerely,

Mahmoud Abdelaziz
Email:m.abdelaziz.eg.com@gmail.com
mahmoud_abdelaziz2019@feps.edu.eg
Phone: +35699803178 - +1 631739-5972


## Petition for Expunction of Arrest Record - Request for Next Steps and Hearing via Zoom

8 messages

---

**Mahmoud abd elaziz** <m.abdelaziz.eg.com@gmail.com>       Tue, Dec 3, 2024 at 4:09 PM
To: 458DC@fortbendcountytx.gov

Petition for Expunction of Arrest Record - Request for Next Steps and Hearing via Zoom

Dears in 458th District Court,

I hope this email finds you well. I am writing regarding my Petition for Expunction of Arrest Record filed with the 458th District Court in Fort Bend County. Below, I have provided details about my case and attached the relevant documents as required:

- Court Decision: Confirming no probable cause for arrest.
- Police and Court Records: Indicating no charges filed, no case number, no pending criminal matters, and no misdemeanor.
- Petition for Expunction: Filed with the appropriate supporting documents.

I was informed that the next step involves scheduling a hearing before the judge. Due to personal circumstances, I would like to respectfully request that the hearing be conducted via Zoom, as I am scheduled to leave the United States at the end of this month. If this is not possible, I am willing to attend the hearing in person if it can be scheduled before my departure date.

Please let me know the next steps and if additional information or documents are required. I appreciate your guidance and support in this matter.

Thank you for your time and assistance. I look forward to your response.

Best regards,
Mahmoud Abdelaziz

---



**4 attachments**

📄 **Petition for Expunction of Criminal Reco.pdf**
1407K

📄 **statement of inability to afford payment.pdf**
1784K

📄 **Support Documents.pdf**
1936K

📄 **Notice of Hearing FB 458.pdf**
982K

---

**458DC** <458DC@fortbendcountytx.gov>       Wed, Dec 4, 2024 at 10:19 AM
To: Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>
Cc: "LaForge, Mark" <Mark.LaForge@fortbendcountytx.gov>

Good Morning,

Your hearing date is February 6 at 9am in the 458th DC.

If this is Agreed to by the State with no objections or answers filed, then it will be signed without an appearance.

Thank you,

*Sheila Shifferly*



458th District Court Coordinator

Certified Court Manager

Judge Chad Bridges, Presiding

Judge Stuti T. Patel, Associate

832-471-4905

Sheila.ShifferlyDC458@fbctx.gov

458DC@fbctx.gov

**\*\*\*All hearings are to be set via email. \*\*\***

**\*\*\*Submission Dockets are Mondays at 8am\*\*\***

\*\*\*CONFIDENTIALITY NOTICE\*\*\*

The information contained in this electronic message is privileged and/or confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system



---

**LaForge, Mark** <Mark.LaForge@fortbendcountytx.gov>                     Wed, Dec 4, 2024 at 10:55 AM
To: 458DC <458DC@fortbendcountytx.gov>, Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>

It will be agreed by the State — I will file the Court Order a few days before the hearing date. Thank you.


Sincerely,


**Mark LaForge**

Assistant District Attorney, Civil Division Chief

District Attorney's Office - Fort Bend County, Texas

Office Address: Fort Bend County Justice Center, 1422 Eugene Heimann Circle, Richmond, Texas 77469

Mailing Address: 301 Jackson St., Richmond, Texas 77469

Phone: 281-633-7638

Email: Mark.LaForge@fbctx.gov

Texas State Bar No.: 24048600



+++++CONFIDENTIALITY NOTICE+++++

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein, is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you in advance for your assistance.

**From:** 458DC <458DC@fortbendcountytx.gov>
**Sent:** Wednesday, December 4, 2024 10:19 AM
**To:** Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>
**Cc:** LaForge, Mark <Mark.LaForge@fortbendcountytx.gov>
**Subject:** RE: Petition for Expunction of Arrest Record - Request for Next Steps and Hearing via Zoom

Good Morning,

Your hearing date is February 6 at 9am in the 458th DC.

If this is Agreed to by the State with no objections or answers filed, then it will be signed without an appearance.

Thank you,

Sheila Shifferly



[Quoted text hidden]

Thank you for the update.


Thank you,

Sheila Shifferly



458th District Court Coordinator

Certified Court Manager

Judge Chad Bridges, Presiding

Judge Stuti T. Patel, Associate

832-471-4905

Sheila.ShifferlyDC458@fbctx.gov

458DC@fbctx.gov

**\*\*\*All hearings are to be set via email. \*\*\***

**\*\*\*Submission Dockets are Mondays at 8am\*\*\***

\*\*\*CONFIDENTIALITY NOTICE\*\*\*

The information contained in this electronic message is privileged and/or confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system

[Quoted text hidden]

---

**LaForge, Mark** <Mark.LaForge@fortbendcountytx.gov>                    Wed, Dec 4, 2024 at 11:23 AM
To: Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>

You don't need to take any further action before the Court hearing date. Thank you.


Sincerely,


**Mark LaForge**

Assistant District Attorney, Civil Division Chief

District Attorney's Office - Fort Bend County, Texas

Office Address:  Fort Bend County Justice Center, 1422 Eugene Heimann Circle, Richmond, Texas  77469

Mailing Address:  301 Jackson St., Richmond, Texas  77469

Phone:  281-633-7638

Email:  Mark.LaForge@fbctx.gov

Texas State Bar No.:  24048600



+++++CONFIDENTIALITY NOTICE+++++

The information in this email may be confidential and/or privileged.  This email is intended to be reviewed by only the individual or organization named above.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein, is prohibited.  If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.  Thank you in advance for your assistance.

**From:** LaForge, Mark
**Sent:** Wednesday, December 4, 2024 10:56 AM
**To:** 458DC <458DC@fortbendcountytx.gov>; Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Mahmoud abd elaziz** <m.abdelaziz.eg.com@gmail.com>                    Wed, Dec 4, 2024 at 3:59 PM
To: "LaForge, Mark" <Mark.LaForge@fortbendcountytx.gov>

Dear Mr. LaForge, and Sheila Shifferly

I hope this email finds you well.

Thank you so much for your assistance and for clarifying the process regarding my request. I greatly appreciate the support from you and the State in handling this matter.

If there is any further action required from my side, please do not hesitate to let me know.

Additionally, I wanted to ask if there are any steps I can take to restore my rights, as I believe my arrest was wrongful, and I committed no offense whatsoever. I feel that my rights were violated during this process. I understand that your office does not provide legal advice, but I would appreciate any guidance or direction you can provide regarding whom I should contact or consult in this matter.

Once again, thank you for your time and efforts.

Sincerely,
Mahmoud
[Quoted text hidden]

---

**LaForge, Mark** <Mark.LaForge@fortbendcountytx.gov>                    Wed, Dec 4, 2024 at 4:06 PM

To: Mahmoud abd elaziz <m.abdelaziz.eg.com@gmail.com>

Please contact our Civil Rights Division below (via email) if you wish to seek consideration of my Office evaluating the police officers involved.

Terry, Russell <Russell.Terry@fortbendcountytx.gov>

[Quoted text hidden]

---

**Mahmoud abd elaziz** <m.abdelaziz.eg.com@gmail.com>
To: "LaForge, Mark" <Mark.LaForge@fortbendcountytx.gov>

Wed, Dec 4, 2024 at 4:39 PM

Thank you so much for your assistance.
[Quoted text hidden]



Faculty of economics and political science

Postgraduate Studies

## *TO WHOM IT MAY CONCERN*

This is certify that Mr: Mahmoud Abdelaziz Abdelsattar Abdelaziz

born on:14/3/1993    In: Qena        Nationality: Egyptian

Is now registered for the degree of Ph.D in " **Political Science** "
for the academic year 2021/2022

Title of his thesis is: The Impact of Populist Extreme Right
Phenomenon on the Foreign Policy: the United States of America as a
case study from 2017 to 2020"

DR: Dalal Mahamoud   :Assistant Professor in Political Science
Department.

This is given to him  upon his request to give to whom it may concern

| Register | References | Director of Graduate Studies | Dean |
|----------|-----------|------------------------------|------|
| Ph.L | Ph.L | Asman Mostafa | Aswan |
|  | 18-9-2022 | 18-9-2022 | 18/9/2022 |

CamScanner



**BE [IN] Crypto Company**
Human Resources Department
Administrative Decision No: 41024
Date: October 5, 2024

## Re: Suspension of Mahmoud Abdelaziz for Six Months and Referral of His File to the Legal Department

Based on information received by the company management regarding the arrest of employee Mahmoud Abdelaziz during his stay in the United States on charges of assault, and in light of the company's commitment to preserving its reputation and ensuring smooth workflow, the following has been decided:

1. Suspension of the Employee:
   Mahmoud Abdelaziz is suspended from work for a period of six months, starting from the date of issuance of this decision, with no payment of salaries or benefits during the suspension period.

2. Referral to the Legal Department:
   The employee's file is referred to the Legal Department to conduct the necessary investigation, review the circumstances surrounding the incident, and issue a detailed report.

3. Review of the Legal Department's Report:
   The employee will not be permitted to return to work until the Legal Department submits its report and the senior management approves it.

4. Communication with the Administration:
   The employee is required to contact the Human Resources Department if additional information related to the incident needs to be provided.

5. Implementation of the Decision:
   This decision is effective as of the date of issuance, and all relevant departments are required to take the necessary measures to enforce it.

Copies to:
- Legal Department
- Human Resources Department
- Employee's File

Regards,



Director
Elena Afanaseva



**Project Reconnect**
a shelter diversion and rapid-exit program for unaccompanied adults experiencing homelessness in D.C.

### Project Reconnect | Non-Local Transportation Agreement

| | |
|---|---|
| **Client HMIS #:** | 455481 |
| **Client First Name:** | Mahmoud |
| **Client Last Name:** | Abdaziz |
| **Host/Contact First Name:** | Awad |
| **Host/Contact Last Name:** | Abdalrazeq |
| **Host/Contact Home Address:** | 15603 Oleta lane Sugar land, TX 77498 |

This Non-Local Transportation Agreement is between the Project Reconnect client, the client's host listed above, and the District of Columbia Government. This agreement supports the client's transportation from the Washington Metropolitan Region to reside with the host at the host's listed address for at least 30 calendar days.

This agreement will begin on 09/25/2024 and will end after: 3 months, unless the client and/or host violate the terms of this agreement, at which point all services will cease.

**Non-Local Transportation Assistance (select all that apply):**

☑ **One-Way Travel Assistance:** provided directly to the transportation provider:
    ☑ Select Preferred Mode of Transportation: ● Airfare ○ Train ○ Bus
    ☑ Does client have necessary travel identification documents? ● Yes ○ No

☑ **One-time Ride-Share Assistance:** to the airport, bus or train station:
    ☑ Select Service Provider: Uber
    ☐ Select Amount: $_____

☐ **Personal Vehicle One-time Travel Assistance:**
    ☐ Gas Assistance to Destination: $_____

**By signing this agreement, all parties agree to the following terms:**

1. Project Reconnect agrees to pay the transportation costs associated with the client travelling to host home outside the Metropolitan Washington Region.
2. Project Reconnect will NOT pay for any return trips for the client, regardless of circumstance.
3. Travel is contingent upon the host agreeing to pick the client up from the airport, bus stop, or train station and provide the client with housing at their host home address during the entire time frame specified above. Otherwise travel will not occur.
4. All parties, including the client, affirm that they, and all members of their household, feel emotionally and physically safe with the client residing in the host's home during the period of this agreement.
5. The host and client agree to leverage local supportive services in their jurisdiction for ongoing needs.

By signing below, all parties agree to the terms of this agreement (**PENDING FINAL APPROVAL**):

| | |
|---|---|
| | 09-24 2024 |
| **Client Signature** | **Date** |
| *Signature Here* | 09/25/2024 |
| **Host/Other Signature** | **Date** |
| | 09-24-2024 |
| **Case Manager Signature** | **Date** |



Submit & Sign