Case 4:25-cv-00169  Document 35  Filed on 06/30/25 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR,<br>　　Plaintiff,<br><br>VS.<br><br>GUSTAVO A. RIUZ-ALMARAZ,<br>　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 4:25-CV-169<br>§<br>§ |

# FINAL JUDGMENT

Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff Mahmoud Abdelaziz Abdelsattar filed his complaint on January 8, 2025. (Dkt. 1). On May 5, 2025, the Court ordered Plaintiff to effectuate service against Defendant Gustavo A. Riuz-Almaraz and to file proof of such service on or before June 5, 2025. (Dkt. 24). The docket reflects that, as of this date, Plaintiff has not done so. Moreover, Defendant has filed a motion to dismiss for insufficient service of process. (Dkt. 31).

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is **ORDERED** that Defendant's motion to dismiss for insufficient service of process (Dkt. 31) is **GRANTED**, and Plaintiff's claims against Defendant are hereby **DISMISSED**

**WITHOUT PREJUDICE**. All other pending motions in this case are **DENIED AS MOOT**. **THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas on June 30, 2025.

_____<br>
GEORGE C. HANKS, JR.<br>
UNITED STATES DISTRICT JUDGE